FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellants
v.
**CITY OF SAN MARCOS, TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

## O R D E R

On May 27, 2020, we granted the parties' joint motion to abate this appeal for 60 days while the parties attempted to resolve their dispute. On July 27, 2020, the parties filed a joint motion seeking to extend the abatement until September 30, 2020, and we granted that motion. On September 30, 2020, the parties filed a joint motion seeking to extend the abatement for an additional 30 days. The motion stated the parties are working toward a final resolution of this dispute and that their proposed agreement is scheduled to be considered by the two applicable city councils in early October.

After consideration, we **GRANT** the parties' joint motion and extend the abatement of this appeal until October 30, 2020. We **ORDER** the parties to file a status update by October 30, 2020. We **ORDER** that this case will be reinstated on the court's docket on November 2, 2020.

It is so **ORDERED** on September 30, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_

MICHAEL A. CRUZ,